O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MATTHEW AN,<br><br>　　　　　　　Defendant. | Case No. SACR12-119 CJC<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

　　　The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Cormac J. Carney, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.　(X)　The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

///

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 10, 2014

_____/s/_____Arthur Nakazato_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE